Decided January 4, 1999

GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA *v.* POWERS, BOLLES, HOULIHAN AND HARTLINE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 701 (AC 17345), is granted, limited to the following issue:

"Did the application for automobile insurance with liability limits higher than the uninsured-underinsured motorist limits constitute a written rejection of the right to uninsured-underinsured motorist coverage equal to the amount of liability coverage?"

The Supreme Court docket number is SC 16060.

*William F. Corrigan*, in support of the petition.

*Joseph T. Sweeney* and *Daniel P. Scapellati*, in opposition.

Decided January 4, 1999